IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH FELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 C 6857 |
| ) | |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Pro se prisoner plaintiff Joseph Felton ("Felton") has utilized the printed form of 42 U.S.C. § 1983 ("Section 1983") Complaint made available for that purpose by the Clerk's Office to charge the City of Chicago ("City") and its Police Superintendent Gary McCarthy with the claimed violation of his constitutional rights by unnamed Chicago Police Officers (not Superintendent McCarthy himself) through their claimed use of excessive force and attempted murder. This memorandum order is issued to address a number of problems revealed by this Court's preliminary screening called for by 28 U.S.C. § 1915A(a).[1]

To begin with, although Felton has also submitted a Clerk's-Office-supplied form of In Forma Pauperis Application ("Application"), he has not even come close to satisfying the requirements of Section 1915 in that respect. Section 1915(a)(2) calls for any such application to be accompanied by a copy of the plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint. Felton has left blank the space above his signature calling for the date on which he signed the Complaint, but the document's receipt in the

---

[1] All further references to Title 28's provisions will simply take the form "Section --," omitting the prefatory "28 U.S.C. §."

Clerk's Office on September 4, 2014 suggests a probable date of "filing"[2] of (say) September 2 (September 1 was Labor Day, a court holiday). But instead of covering the six months from March through August 2014, the Application bears a May 16, 2014 signature by Felton and a May 7, 2014 certification by the financial officer at the Cook County of Corrections ("County Jail," where Felton is in custody) -- and so the trust fund printout reflects only transactions beginning with April 1 and ending with May 6, 2014. Accordingly Felton is ordered to supplement his initial filing with a printout of his trust fund account transactions at the County Jail for the required period of March 1 through September 1[3] on or before September 26, 2014.

Now to the substantive aspects of Felton's Complaint as set out in his Statement of Claim (Complaint ¶ IV). In that respect neither the City nor Superintendent McCarthy is a proper Section 1983 defendant -- but that defect would likely be curable if the action were to survive, so that issue will be put aside while more grievous problems are dealt with.

On that score this Court will credit Felton's account of the serious injuries he sustained -- but it was painfully obvious to this Court on reading his skeletal account of the incident that produced those injuries that he had omitted critical facts that would (at a minimum) cast more light on whether those injuries resulted from his own flight in what appeared from his narrative to be a high-speed chase, rather than from the action of police in pursuing him. In the

---

[2] That date gives Felton the benefit of the "mailbox rule" (see Houston v. Lack, 487 U.S. 266 (1988)).

[3] From the printout that Felton has supplied to this point, it looks as though April 1 or thereabouts may have been his first day in custody at the County Jail. If he was not in custody on March 1, a printout from the date of his arrival at the County Jail until the end of August will of course do the job.

vernacular, even a threshold of the Complaint reading cast serious doubt on whether his version could pass the smell test.

Those suspicions led this Court to have one of its law clerks obtain and print out the news accounts that were clearly to be expected to report an incident of the type to which Felton's Complaint refers. Instead of expending further resources in recapping what those newspaper accounts reflected, this Court has attached Ex. 1 (which reproduces an article from the March 17, 2014 Chicago Tribune), Ex. 2 (which reproduces the Chicago Tribune article on the following day) and Ex. 3 (which reproduces the Chicago Sun Times article of March 17).

It is frankly an affront to the judicial system for Felton to attempt, like the alchemists of the Middle Ages, to transmute base metal into gold. Section 1915A(b)(1) amply justifies the dismissal of both Felton's Complaint and this action as frivolous, and this Court so orders. That, however, does not alter or excuse his payment of the $350 filing fee that he remains obligated to pay, so that the earlier provisions of this memorandum order that require him to provide a supplemental filing as to his trust fund account transactions at the County Jail remain in effect.

                                                         */s/ William D. Shadur*
                                                         Milton I. Shadur
                                                         Senior United States District Judge

Date: September 8, 2014

⫶ SECTIONS                                             (http://www.chicagotribune.com)

## Police: Cops opened fire two separate times during Lake Shore Drive chase, standoff

March 17, 2014 | By Jeremy Gorner, Stephanie Baer and Meredith Rodriguez | Tribune reporters

Recommend 7    Tweet 2

822

8+1  4

Police fired two separate times at a murder suspect during a chase on Lake Shore Drive, but they did not hit him and eventually used a flash-bang grenade to subdue him and end a nearly nine-hour standoff near the Fullerton exit, officials said.



Joseph Andrew Felton Jr., 43 -- a suspect in the death of his wife in Georgia earlier this month -- was found bleeding from cuts to his wrists, apparently self-inflicted, when SWAT officers approached his black Chrysler 300 Sunday night, police sources said. He was taken to a hospital shortly before 10 p.m. and charges were still pending, police said.

Background Checks Online
backgroundcheck.peoplesmart.com
Enter Any Name - Safe & Accurate. Get a Full Background Check Now!

The arrest closed a chaotic chain of events that began around 12:30 p.m. Sunday with a police chase from Harvey through the South Side of Chicago, ending near




**Related Articles**

Police chase, catch robbery suspect (/2002-02-20/news/0202200323_1_butcher-knife-retail-theft-charge-chase)
February 20, 2002

Stop Police Chases (/1999-06-05/news/9906050090_1_high-speed-chase-police-car-chase-ends-mother-and-daughter)
June 5, 1999

Driver Charged After Police Chase (/1997-01-22/news/9701230399_1_squad-

the Fullerton exit of Lake Shore Drive when Felton rear-ended a car carrying a woman and at least one child, police and witnesses said.

The woman's car in turn damaged a police car. "In fear for their lives and safety, and that of the public, law enforcement officers from the Chicago Police and an outside law enforcement agency fired at the offender," Chicago police said in a statement, disclosing new details of the chase and standoff.

Felton sped off and continued north on Lake Shore Drive, police said. As he approached the Fullerton exit, Felton "intentionally" collided with a Chicago police car, authorities said.

"Chicago police officers approached the disabled vehicles to render aid," the statement said. "The offender was observed with what appeared to be a handgun in his hand and more shots were fired by Chicago police. The injured officer was moved to safety and the offender refused to exit his vehicle, which led to the barricade situation."

One driver said he heard 10 to 12 shots and jumped into the back seat of his car to shield his child and his wife who were crouched down on the floor. "I've never seen anything like this in my life," the witness said. "It was very violent."

Lake Shore Drive was shut down as Felton refused to leave his car. Police talked to him throughout the afternoon by cell phone and through a loudspeaker attached to an armored Hummer, police said.  Felton's sisters, who live in Chicago, also talked to him by phone but Felton refused to surrender, police said.

"He's just afraid," said one of the sisters, Lastella Felton, describing him as "very discombobulated."

Police said Felton's car had dark-tinted windows that made it difficult to see Felton inside. "He told negotiators he was armed with a large number of guns and was not coming out alive," said Chicago Chief of Patrol Wayne Gulliford. "The suspect did threaten to harm himself and police if they approached."

Finally, around 9:30 p.m., police used the flash-bang grenade and Felton was taken into custody. He could be seen being taken from the scene on a stretcher. A police source said no guns were found inside the car.

Police say Felton is a suspect in the murder of his wife, Sheray Latriest Felton, who was found dead in her home in Hampton, Ga., on Saturday. She had sought orders of protection against him twice in Will County, one in 2011 and the other last year.

In seeking the order in 2011, she alleged that they got

car-police-car-police-chase)
January 22, 1997

Police-chase Policy Review Asked (/1990-03-02/news/9001180131_1_pursuits-necessity-of-immediate-apprehension-police-car)
March 2, 1990

Girl, 10, Hit By Car During Police Chase (/1987-02-06/news/8701100198_1_car-during-police-chase-down-several-streets-suspect)
February 6, 1987

**Find More Stories About**

Chicago Police (/keyword/chicago-police)

Police Car (/keyword/police-car)

Fullerton (/keyword/fullerton)

Standoff (/keyword/standoff)

into an argument over her new job on Dec. 13 while driving to Chicago, according to Will County records.

### Baby Name Generator
parents.com
Parents® Baby Name Quiz. Find The Perfect Name For Your Baby Now

"I then asked him to take me home and he refused to," she said in court documents. "He then told me that he was going to crash the car with both of us in it and kill us."

She said Joseph Fenton bit her thumb when she tried to remove the keys from the ignition and "back-handed" her on the face, causing her nose and lip to bleed, the order states.

In the 2013 order, Sheray Felton stated she was afraid of Joseph Felton because of his "extreme jealousy."

"Joseph is also verbally abusive to me," the order states. "He will tell me that I'm going to die all the time. He will tell me he will kill me and my son if I try to leave him."

Joseph Felton was charged with domestic battery in July 2013. Sheray Felton alleged he struck her in the face and pulled her wig from her head, but the charge was later dropped when Sheray Felton did not appear in court.

During the days after Felton's murder, her mother in Chicago tried to call her daughter, the family has told police. Joseph Felton would answer the phone and say she wasn't home or couldn't come to the phone, police said.

The mother finally flew from Chicago to Atlanta to see her daughter, police said. Officers were called and forced their way into the Felton home and found the wife's body. Joseph Felton was gone.

Sometime during the week, Felton showed up at one of his sister's homes in Chicago, the family has told police. The sister refused to let him in and called police, a source said.

### Find Obituaries Now
genealogy.com/Records+Obituaries
1) Simply enter their name. 2) View their obituary online!

1 | 2 (/2014-03-17/news/chi-lake-shore-drive-standoff-ends-with-flash-of-grenade-20140317_1_police-chase-chicago-police-police-car/2) |

Next (/2014-03-17/news/chi-lake-shore-drive-standoff-ends-with-flash-

╎ SECTIONS  (http://www.chicagotribune.com)

# New details on Lake Shore Drive chase as charges filed

March 18, 2014 | By Deanese Williams-Harris and Adam Sege | Tribune reporters

Recommend  4    Tweet  3

8+1  5    489



The man at the center of last weekend's Lake Shore Drive standoff topped 100 mph during an expressway police pursuit,



drew fire from three officers and hit a squad SUV so hard it went airborne, a prosecutor said Tuesday.

The new details were disclosed as charges were filed against Joseph Felton, 44, formerly of the 700 block of Union Avenue in University Park. He was charged with attempted first-degree murder, aggravated battery/use of a deadly weapon and aggravated fleeing of police more than 21 mph over the speed limit.

## Per-Mile Car Insurance

metromile.com/per-mile-insurance

If You Drive 10k Miles Per Year, Pay-per-Mile Insurance Saves Money

Felton was denied bail during a hearing today but did not appear in court because he remains at Northwestern Memorial Hospital. Police say he cut his wrists while holding police at bay in his black Chrysler 300 for nine hours Sunday.

### Related Articles

Squad car crash kills police officer (/2010-02-23/news/ct-met-police-car-crash_1_alan-haymaker-squad-car-car-crash)
February 23, 2010

9 Teens Injured In 2-car Crash (/1990-03-05/news/9001180918_1_stable-condition-critical-condition-squad-car)
March 5, 1990

Standoff with murder suspect snarled Lake Shore Drive for... (/2014-03-17/news/chi-

**Ex. 2**

The chase began about 12:50 p.m., when a Harvey police officer approached Felton as he sat in a parked car in the south suburb, Assistant State's Attorney Dan Griffin said. The officer knew of a warrant for Felton's arrest out of Georgia, where he was a suspect in his wife's death earlier this month, Griffin said.

Felton sped off onto Interstate 57, Griffin said. He merged onto the Dan Ryan Expressway, driving at more than 100 mph and weaving in and out of traffic, the prosecutor said. With Chicago police and Illinois State Police joining the pursuit, Felton headed north on Lake Shore Drive.

At North Avenue, three police cars waited for him, with drivers stopping behind them, according to Griffin and court documents. Felton's car struck the back of Toyota Avalon, causing the driver's head to strike her steering wheel and the Avalon to hit a CPD squad car, according to Griffin.

At that point, two troopers and a Chicago police officer fired at Felton's car, "acting out of fear for their safety and the safety of civilians," Griffin said.

Felton managed to continue driving north and, at Fullerton Avenue, he sped toward a Chicago police SUV, Griffin said. The officer driving the SUV attempted to avoid a collision, but Felton drove at him and rammed the squad car with such force it left the ground, Griffin said.

The officer's SUV came to rest on the parkway east of the drive, according to court documents. Other units soon surrounded Felton's car, beginning a standoff that would last more than eight hours.

In announcing the charges, police said they have been in contact with authorities in Henry County, Ga. where Felton's wife Sheray Latriest Felton was found dead on March 8. Her body was not discovered until days later when her mother flew down from Chicago, her family said.

An autopsy Monday found that Sheray Felton died from blunt force trauma with a weapon, including lacerations "with an edged weapon," according to the Henry County sheriff's office. Police have said Joseph Felton is a suspect in her death.

"We currently have detectives in Chicago to continue with the death investigation," the Henry County Sheriff's Office said in a release today. "The extradition process will begin once he is presented with the Chicago charges. ... At this time we are building a case for prosecution."

In November 1999, Felton kicked in his wife's door, took

police-chase-on-nb-lake-shore-drive-20140316_1_harvey-police-murder-suspect-south-lake-shore-drive)
*March 17, 2014*

Police: Cops opened fire two separate times during Lake... (/2014-03-17/news/chi-lake-shore-drive-standoff-ends-with-flash-of-grenade-20140317_1_police-chase-chicago-police-police-car)
*March 17, 2014*

2 charged in West Side shooting that led to police chase... (/2011-12-12/news/chi-2-charged-in-west-side-shooting-that-led-to-police-chase-crash-20111212_1_police-chase-west-side-shooting-squad-car)
*December 12, 2011*

a razor blade and cut his wife repeatedly on the head, face, neck, arms, back and body. He then dragged her to his car and drove around for 12 hours before taking her to the hospital. At the hospital, he told the staff that his wife had been robbed, according to court documents.

### Arrest Records: 2 Secrets
instantcheckmate.com
1) Enter Name and State. 2) Access Full Background Checks Instantly.

Sheray Felton had sought two orders of protection against her husband since 2011, claiming he was extremely jealous, was physically abusive and had threatened to kill her and her son if she tried to leave him, according to court records.

Felton was charged with domestic battery in July 2013 when Sheray Felton alleged he struck her in the face and pulled her wig from her head, but charges were dropped when she failed to appear in court.

Her family said she finally moved to Georgia several months ago to get away from her husband, but Felton followed her there.

After the murder, Felton fled back to Chicago, where he sought help in vain from his sisters, according to police. On Sunday, Harvey police went to a home where they believed Felton was hiding and saw Felton in the Chrysler 300, according to court documents.

*dawilliams@tribune.com (mailto:dawilliams@tribune.com)* | **Twitter:** *@neacynewslady (https://twitter.com/neacynewslady)*

*asege@tribune.com (mailto:asege@tribune.com)* | **Twitter:** *@AdamSege (https://twitter.com/AdamSege)*

### Man Cheats Credit Score
thecreditsolutionprogram.com
1 simple trick & my credit score jumped 217 pts. Banks hate this!



Things to Do   Straight Dope   Subscribe   Today's paper   TV Weekly   Reader Services   Advertise with Us   Contact   Select a Site

# Man in Lake Shore Drive standoff has long history of trouble

Like 155   Tweet 22   Share 0   8+1 2   5

BY JON SEIDEL Staff Reporter March 17, 2014 12:02PM

Updated: April 19, 2014 6:14AM

Jealousy, intimidation and cruelty reigned over a 3-year-old south suburban marriage that finally erupted last weekend with the wife's death and a violent standoff on Lake Shore Drive, records show.

Chicago Police confirmed on Monday that they opened fire along with Illinois State Police at the Georgia murder suspect who held police at bay for nearly nine hours Sunday. That man, thought to be 43-year-old Joseph Andrew Felton Jr., was not shot, police said.

No criminal charges had been filed in connection with the standoff as of Monday evening.

Felton's wife, Sheray Felton, was found dead Saturday at her home in Hampton, Ga. She moved there from the Chicago area to get away from the man records show she married in January 2011.

Joseph Felton turned out to be a violent, suspicious and controlling husband, according to Sheray Felton's claims, as she sought multiple protection orders against him over the years.

She said he gagged her and held her against her will.

She said he stabbed her with scissors.

And she said he repeatedly threatened her life.

Her family found her body in her home on Saturday, Georgia police said.

The next day, investigators down south reached out to the Harvey Police Department. Sandra Alvarado, a Harvey police spokeswoman, said officers spotted the suspect's car at 148th and Myrtle — near Felton's former home there. Harvey officers chased the suspect's car 20 miles into Chicago and onto Lake Shore Drive.

Chicago and state police opened fire on the suspect after he rammed his car into a vehicle filled with civilians near the 2000 block of North Lake Shore Drive, according to the Chicago Police Department.

Later, police thought the suspect was holding a handgun after he drove into a Chicago police vehicle and officers tried to render aid. That's when Chicago police fired a second time, according to CPD.

The suspect refused to get out of his car, which was no longer drivable, leading to the standoff. Chicago police would not confirm whether any guns were recovered from his car once they finally took him into custody.

A Cook County judge sentenced Felton to 13 years in prison for attempted murder in 2001, according to court records. He got out in December 2010 but went back twice for parole violations, records show.

Ex. 3

He was charged earlier this year in Henry County, Ga., with false imprisonment and simple battery. Jim Wright, the district attorney there, said a grand jury declined on Thursday to indict him on those charges after Sheray Felton failed to appear for testimony.

However, she sought a protective order against him in January, explaining her ordeal. In a petition seeking the protective order, she claimed that Joseph Felton attacked her after she made arrangements for their 22-year-old son to visit, pulling off a wig that was sewn to her head, knocking her down and dragging her across the floor by her feet.

She also wrote in the petition that he picked her up and threw her on a futon, upset because their son was coming to visit. She said he cursed at her and made threats against their son. He wouldn't let her get up, not even to go to the bathroom, so she said she urinated on the bed and lay in her own urine for a few hours until Felton fell asleep.

The next day, she wrote, he threw her to the floor. She managed to call 911, though, and she screamed for help when police arrived. That's when he gagged her with a pair of basketball shorts before police arrested him, according to the petition.

Sheray Felton also sought orders of protection against her husband twice in Will County — in 2011 and 2013. Once she said he threatened to crash a car and kill them both after he accused her of taking a job so she could meet people and divorce him.

Just last May, she said he repeatedly told her she would die.

"He will tell me he will kill me and my son if I try to leave him," Sheray Felton wrote.

Both cases were eventually dismissed when no one showed up in court, records show.

In July, Joseph Felton was charged with misdemeanor domestic battery after allegedly slapping his wife and pulling her wig off in Steger. She told officers at the time his violence had been on the rise, police said.

That case also was dismissed because of a lack of a complaining witness, court records show.

Contributing: Nick Swedberg

Email: jseidel@suntimes.com

Twitter: @SeidelContent

Like 155     Tweet 22     Share     8+1 2     5

## Offers and articles from around the Web                    ADVERTISEMENT


Illinois: Here's a little known way to pay down your mortgage.....


Chicago arrest records. Who do you know?


Top 10 Child Stars Who Became Broken Adults


REVEALED: How People Are Paying LESS THAN $24 For New Michael Kors Purses!

### Suggested for you

- Arlington Heights 'Jeopardy' winner charged with sexual assault
- Man found fatally stabbed on North Side
- Police: Woman arrested for leaving child inside car at Whole Foods
- Investigation widens of rising star Chicago defense attorney
- Alcoholic surgeon gets 6 months for taking kickbacks

### From around the web

- Forgotten Stars Of the 90's, What Do they Look Like NOW!????  JuicyCeleb
- Shop Brilliant Earth's beyond conflict free diamond rings, antique rings,...  Brilliant Earth
- You won't believe what these child stars are up to now.  Rant Lifestyle
- New Rule in Illinois: Do Not Pay Your Next Car Insurance Bill Until You...  Your Insurance Discount
- Stores struggle to keep amazing new sunless tanner in stock.  Tan Physics