**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH FELTON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 6857 |
| | ) | (USCA No. 14-3211) |
| **CITY OF CHICAGO**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

On October 7, 2014 plaintiff Joseph Felton ("Felton") filed a notice of appeal from the order entered in this District Court that had dismissed his Complaint and the civil case bearing the case number listed in the caption of this memorandum order. With the Court of Appeals having recently directed this Court to make the calculation under 28 U.S.C. § 1915 applicable to Felton's appeal, it has become necessary to obtain the printout reflecting transactions in Felton's trust fund account at the Cook County Department of Corrections for the entire six-month period that ended on October 7 (the printout that accompanied Felton's In Forma Pauperis Application, which in turn accompanied his notice of appeal, extended only to September 15, 2014).

Because it would involve an extra (and needless) step to request Felton himself to obtain the missing information for the period from September 15 through October 7, 2014, this Court is transmitting a copy of this memorandum order directly to the Cook County Department of Corrections with a request that a printout covering that gap period be transmitted directly to this District Court. For that purpose the fiscal officer at that institution is advised (1) that Felton's Resident Identification Number is 20140319001 and (2) that to facilitate proper handling the

transmittal of the requested information should bear both case numbers listed in the caption of this memorandum order and should be addressed as follows:

>Office of the Clerk
>United States District Court
>219 South Dearborn Street
>Chicago IL 60604
>
>Attention:  Fiscal Department.

_____
Milton I. Shadur
Senior United States District Judge

Date:  February 20, 2015