IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOSEPH FELTON**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 C 6857 |
| ) | Court of Appeals Case No. 14-3211 |
| **CITY OF CHICAGO**, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM

In response to this Court's February 20, 2015 memorandum order (copy attached), the Cook County Department of Corrections has provided this Court with the previously missing information as to transactions in the trust fund account of appellant Joseph Felton ("Felton") at that institution during the gap period from September 15 to October 7, 2014. This Court has now been enabled to make the calculation under 28 U.S.C. § 1915 ("Section 1915") applicable to Felton's appeal, and the combined trust fund account printouts reflect that the average monthly deposits to his account for the entire six-month period that ended on October 7 came to $120.[1]

Under Section 1915(b)(1) Felton is required to pay the full amount of the $505 appellate filing fees, with the amount of the required initial partial filing fee payment being 20% of the $120 figure, or $24. In addition, Felton has also become obligated under Section 1915(b)(2) to pay toward the appellate filing fees an amount equal to 20% of the deposits to his trust fund

---

[1] That figure confirms the calculation that this Court had earlier made in its October 30, 2014 memorandum order that had denied Felton's in forma pauperis motion at the District Court level, a denial that was based on this Court's initial September 8, 2014 memorandum order and its attached exhibits.

account for each of the months since October 7, 2014, but because that obligation relates to his appeal it is this Court's understanding that the Court of Appeals retains the responsibility for enforcing that obligation.[2] Finally, Dkt. 26 in the District Court docket reflects the pendency of a motion by Felton seeking attorney representation, and that too is left to the Court of Appeals for ruling.

                                                                      /s/ Milton I. Shadur
                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date: March 23, 2015

---

[2] If instead the Court of Appeals' procedures impose that enforcement obligation on this District Court, it is anticipated that this Court would be apprised to that effect so that the necessary enforcement arrangements can be made.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOSEPH FELTON**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 C 6857 |
| ) | (USCA No. 14-3211) |
| **CITY OF CHICAGO**, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

On October 7, 2014 plaintiff Joseph Felton ("Felton") filed a notice of appeal from the order entered in this District Court that had dismissed his Complaint and the civil case bearing the case number listed in the caption of this memorandum order. With the Court of Appeals having recently directed this Court to make the calculation under 28 U.S.C. § 1915 applicable to Felton's appeal, it has become necessary to obtain the printout reflecting transactions in Felton's trust fund account at the Cook County Department of Corrections for the entire six-month period that ended on October 7 (the printout that accompanied Felton's In Forma Pauperis Application, which in turn accompanied his notice of appeal, extended only to September 15, 2014).

Because it would involve an extra (and needless) step to request Felton himself to obtain the missing information for the period from September 15 through October 7, 2014, this Court is transmitting a copy of this memorandum order directly to the Cook County Department of Corrections with a request that a printout covering that gap period be transmitted directly to this District Court. For that purpose the fiscal officer at that institution is advised (1) that Felton's Resident Identification Number is 20140319001 and (2) that to facilitate proper handling the

ATTACHMENT

transmittal of the requested information should bear both case numbers listed in the caption of this memorandum order and should be addressed as follows:

>Office of the Clerk
>United States District Court
>219 South Dearborn Street
>Chicago IL 60604
>
>Attention: Fiscal Department.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 20, 2015