IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH FELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 6857 |
| | ) | (USCA No. 14-3211) |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Joseph Felton ("Felton") has just submitted a hand-printed request for documentation -- a "record of all docketing orders and statements by judges and courts" -- in this action. Because Felton's case is pending on appeal and the Court of Appeals has appointed Joon Oh of the Winston & Strawn firm to represent him, attorney Oh is best equipped to accommodate Felton's request after conferring with his client to determine precisely what Felton is seeking that he or his appointed counsel do not already have and the basis for the request. Accordingly a copy of this memorandum order is being transmitted to attorney Oh together with a photocopy of Felton's current submission (District Court Dkt. No. 37).

_____
Milton I. Shadur
Senior United States District Judge

Date: October 16, 2015