IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

JOSEPH FELTON,                    )
                                  )
                Plaintiff,        )
                                  )
        v.                        )     Case No. 14 C 6857
                                  )     (USCA No. 14-3211)
CITY OF CHICAGO, et al.,          )
                                  )
                Defendants.       )

## MEMORANDUM ORDER

Joseph Felton ("Felton") continues to bombard this District Court with a series of filings of a repetitive nature, some captioned with the name of the Court of Appeals for the Seventh Circuit and others bearing the name of this District Court. Because those filings are hard to decipher and because this Court has no jurisdiction over Felton's case -- it is on appeal to the Court of Appeals under its Case No. 14-3211 -- this Court has had occasion to transfer an entire group of Felton's recent filings to the Court of Appeals for current action.

Felton's most recent motion (Dkt. No. 55), just filed on March 21, 2016, bears only the name of this District Court and the now-superseded District Court case number. But because, as stated earlier, this Court is without jurisdiction while Felton's case is on appeal, the filing is improper and is accordingly stricken. To stop the constant flow of filings emanating from Felton, he is ordered to file nothing further in this District Court during the pendency of his current appeal.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 24, 2016