TDM

A. JOSEPH FELTON VS CHASE BANK # 1:15 CV-2231.

B. 2015

C. JOSEPH FELTON

D. CHASE BANK

E.

F. JUDGE RICHARD W. STORY

G. CONSTITUTIONAL VIOLATION

H. trying to APPEAL

I. OPEN

**FILED**

APR 2 5 2016 AB

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

A. JOSEPH FELTON VS. TOM DART # 15CV11170

B. 2015

C. JOSEPH FELTON

D. Tom Dart SHERIFF

E. NORTHERN DISTRICT

F. JUDGE MATTHEW F. KENNELLY

G. EXCESSIVE FORCE

H. PENDING

I. OPEN.

A. JOSEPH FELTON VS. CHICAGO POLICE # 16-CV 3995

B. 2016

C. JOSEPH FELTON

D. CHICAGO POLICE ET. AL

E. NORTHERN DISTRICT

F. JUDGE ELAINE E. BUCKLO

G. EXCESSIVE FORCE

H. PENDING

I. OPEN?

A. JOSEPH FELTON VS.
   Director REYES # 16CV4215

B. 2016

C. JOSEPH FELTON

D. Director REYES

E. NORTHERN DISTRICT

F. JUDGE MATTHEW F. KENNELLY

G. EXCESSIVE FORCE

H. PENDING

I. PENDING;

Also need Help in these civil matters

1. Joseph Felton vs. IL. State Troopers et, AL
   District court #15C2681
   Judge Sara L. Ellis
   Magistrate Judge Mary M. Rowland Pc1
   PENDING!

2. Joseph Felton vs. Sheriff Tom Dart and Director
   John Mueller                    * ~~~~~~~~~~~~~~~
   District court #14CN493              ~~~~~~
   Judge Manish S. Shah        ~~~    x  ~~~~
   , PENDING

3. Joseph Felton vs. City of Chicago, et, Al
   Court of Appeals #14-3211
   circuit Judge David F. Hamilton
   District court #14C6857              ~~~~~~~~
   Judge Milton I. Shadur      x *     ~~~~~~
       PENDING

4. Joseph Felton vs. Rush Hospital, et, AL
   District court #15C3077
   Judge Gary Feinerman
       DISMISSED

5. Joseph Felton vs. Sheriff Tom Dart, et, AL
   District court # 15-cv-03447
   Judge Matthew F. Kennelly      ~~~~~
       PENDING

   ~~Also can call King Felton~~
   ~~Cell #1-773-350-5757~~ Hm# 1-708-331-5258
   ~~Edward Allen cell # 1-515-346-1479~~