IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH FELTON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 6857 |
| | ) | (USCA No. 14-3211) |
| **CITY OF CHICAGO**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

On March 24 this Court issued the attached brief memorandum order in consequence of its having received the most recent of a spate of filings by Joseph Felton ("Felton"), even though this Court has long since lost jurisdiction over Felton's case -- it is on appeal to our Court of Appeals under its Case No. 14-3211, and the most recent monthly report from that court listing cases that have originated on this Court's calendar and are currently on appeal lists this case as having been argued upstairs on February 16, 2016. Nothing daunted, Felton has just filed another pro se document that has found its way onto the docket in this closed case (Dkt. No. 58).

Quite apart from the fact that a litigant who is represented by counsel has no right to engage in pro se communications directed to the court, this Court has no idea as to the reason for the current filing or the purpose that Felton is seeking to accomplish. In any event, it is certainly clear that he needs legal assistance for whatever he has in mind. Although attorney Joon Oh of the Winston & Strawn firm, who has been Felton's appointed counsel on appeal, may view his responsibilities as ended now that the appeal has been argued, he remains -- as this Court's October 16, 2015 memorandum order dealing with an earlier pro se Felton filing stated -- "best equipped to accommodate Felton's request after conferring with his client to determine precisely

what Felton is seeking that he or his appointed counsel do not already have and the basis for the request." Accordingly a copy of this memorandum order and its attachments is being sent to attorney Oh.[1]

	*/s/ Milton I. Shadur*
	_____
	Milton I. Shadur
	Senior United States District Judge

Date:  April 29, 2016

---

[1] Because this Court does not have an address for Felton, it is unable to send a copy of this memorandum order and attachments to him.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH FELTON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 6857 |
| | ) | (USCA No. 14-3211) |
| **CITY OF CHICAGO**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Joseph Felton ("Felton") continues to bombard this District Court with a series of filings of a repetitive nature, some captioned with the name of the Court of Appeals for the Seventh Circuit and others bearing the name of this District Court. Because those filings are hard to decipher and because this Court has no jurisdiction over Felton's case -- it is on appeal to the Court of Appeals under its Case No. 14-3211 -- this Court has had occasion to transfer an entire group of Felton's recent filings to the Court of Appeals for current action.

Felton's most recent motion (Dkt. No. 55), just filed on March 21, 2016, bears only the name of this District Court and the now-superseded District Court case number. But because, as stated earlier, this Court is without jurisdiction while Felton's case is on appeal, the filing is improper and is accordingly stricken. To stop the constant flow of filings emanating from Felton, he is ordered to file nothing further in this District Court during the pendency of his current appeal.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 24, 2016

ATTACHMENT

A. JOSEPH FELTON vs CHASE BANK # 1:15 CV-2231
B. 2015
C. JOSEPH FELTON
D. CHASE BANK
E.
F. JUDGE Michael W. Story
G. CONSTITUTIONAL VIOLATION
H. trying to APPEAL
I. OPEN

**FILED**
APR 2 5 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

A. JOSEPH FELTON VS. TOM Dart # 15CV11170
B. 2015
C. JOSEPH FELTON
D. Tom Dart SHERIFF
E. NORTHERN DISTRICT
F. JUDGE MATTHEW F. Kennelly
G. EXCESSIVE FORCE
H. PENDING
I. OPEN

A. JOSEPH FELTON VS. CHICAGO Police # 16-CV 3995
B. 2016
C. JOSEPH FELTON
D. CHICAGO Police ET.AL
E. NORTHERN DISTRICT
F. JUDGE Elaine E. BUCKLO
G. EXCESSIVE FORCE
H. PENDING
I. OPEN

A. JOSEPH FELTON VS. Director REYES # 16CV4215
B. 2016
C. JOSEPH FELTON
D. Director REYES
E. NORTHERN DISTRICT
F. JUDGE MATTHEW F. Kennelly
G. EXCESSIVE FORCE
H. PENDING
I. PENDING

ATTACHMENT

Also need Help in these civil matters

1. Joseph Felton vs. IL. state Troopers et, AL
   District court # 15C2681
   Judge Sara L. Ellis
   Magistrate Judge Mary M. Rowland Pc1
   Pending!

2. Joseph Felton vs. Sheriff Tom Dart And Director
   John Mueller           *
   District court #14C7493
   Judge Manish S. Shah
   , Pending

3. Joseph Felton vs. City of Chicago, et, Al
   Court of Appeals #14-3211
   Circuit Judge David F. Hamilton
   District court # 14C6857
   Judge Milton I. Shadur       * *
   Pending

4. Joseph Felton vs. Rush Hospital, et, AL
   District court #15C3077
   Judge Gary Feinerman
   Dismissed

5. Joseph Felton vs. Sheriff Tom Dart, et, AL
   District court # 15-cv-03447
   Judge Matthew F. Kennelly
   Pending

   Also can call ~~King Felton~~
   ~~cell#1-773-350-5257~~ Hm# 1-708-331-5258
   ~~Edward Allen cell# 1-515-346-1479~~